UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-cr-5301 OWW |
| Plaintiff, | ) ) | ORDER TO AMEND JUDGMENT |
| v. | ) ) | |
| BROOKE ROWLAND, et al., | ) ) | |
| Defendants. | ) ) | |

The petition for habeas corpus brought by Brooke Rowland regularly came on for hearing Monday, March 16, 2009.

Defendant Rowland is correct that the judgment in this case entered May 8, 2006, erroneously fails to reflect that the parties' and court's intent was that the judgment should specify that Defendant Rowland's federal sentence was ordered to and must run concurrently with his state term of incarceration in Superior Court of California, Case Number CD 165314.

The United States recommended in this case at the time of Defendant Rowland's sentencing, that his time in Federal custody precede the serving of his State Court sentence. Defendant Rowland agreed not to contest the imposition of the 20 year maximum term in this case, on the condition that the government

recommended that he serve his Federal sentence first.

IT IS ORDERED that the judgment of conviction in this case previously entered May 8, 2006, is amended as follows:

> The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 240 months, said term to run <u>concurrently</u> with his California state court term of 15 years to life in Superior Court of California, County of San Diego, Case No. CD 165314.
>
> Based on the recommendation of the United States in this case, the Court makes the following recommendation to the United States Bureau of Prisons:
>
> The Court recommends that the Defendant be incarcerated in a Pennsylvania facility, or at Butner FCI in North Carolina, only insofar as this accords with security classifications and space availability.
>
> The Court recommends that the Defendant's term of incarceration be served prior to service of his state term of incarceration in Case No. CD 165314.

IT IS SO ORDERED.

Dated: **April 6, 2009**         /s/ **Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE